UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 23-6000 (DEA) |
| IBNALIF M. BRYANT | : | **ORDER SETTING CONDITIONS OF RELEASE** |

The defendant in this matter, Ibnalif M. Bryant, having come before the Court for an initial appearance and bail review hearing; it appearing that, the defendant was previously arrested on the charges in this matter, made an initial appearance, and was ordered released on conditions in the Middle District of Florida on February 16, 2023; it further appearing that the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Alexander E. Ramey, Assistant United States Attorney, appearing) did not seek detention and sought continuation of the defendant's conditions of release; the defendant (through counsel, Benjamin J. West, Assistant Federal Public Defender) having requested a modification of his conditions of release to permit him to delay the surrender of his passport to enable him to obtain New Jersey photographic identification; and the government and United States Pretrial Services consenting; and for good cause shown:

IT IS, therefore, on this  2nd  day of March, 2023,

ORDERED, pursuant to Title 18, United States Code, Section 3142(c),

1

that the previously imposed condition of release of defendant, Ibnalif M. Bryant, requiring surrender of Bryant's United States passport to the clerk's office on March 2, 2023, is hereby modified to require Bryant to surrender his United States passport to United States Pretrial Services on or before March 23, 2023; and it is further

    ORDERED that all conditions previously imposed in the Middle District of Florida's February 16, 2023 Order Setting Conditions of Release in this matter under M.D. Fl. case number 23-mj-1080 (MCR) shall remain in effect.

                                              _____
                                              HONORABLE DOUGLAS E. ARPERT
                                              UNITED STATES MAGISTRATE JUDGE